# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA LEYBA, an individual<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC., a Delaware Corporation; and DOES 1 to 25, inclusive<br><br>Defendants. | CASE NO.: 2:20-cv-07604 ODW (Ex)<br><br>**DISCOVERY MATTER:**<br><br>**ORDER RE: STIPULATION FOR PROTECTIVE ORDER**<br><br>Courtroom: 5D<br>District Judge: Otis D. Wright, II<br>Magistrate Judge: Charles F. Eick<br>Complaint Filed: March 16, 2020<br>Trial Date: April 19, 2022 |

## ORDER ON STIPULATION

Base on the parties' stipulation and good cause appearing, the Court hereby ENTERS the Protective Order as set forth.

**IT IS SO ORDERED.**

Dated: 12/27/2021

/s/ CHARLES F. EICK
United States Magistrate Judge

1